IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

PAUL THOMAS KARTSONIS,

      Appellant,

v.

      Case No.  5D23-206
      LT Case No. 16-2018-CF-005375-AXXX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed March 21, 2023

Appeal from Circuit Court
for Duval County,
Tatiana Salvador, Judge.

Curtis S. Fallgatter and Lisa Paquette
Varon, of Fallgatter Catlin & Varon, P.A.,
Jacksonville, for Appellant.

Ashley Moody, Attorney General, and
Heather Flanagan Ross, Assistant
Attorney General, Tallahassee,
for Appellee.

PER CURIAM.

      AFFIRMED.

MAKAR, EDWARDS and JAY, JJ., concur.